UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COYOTE LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:16-CV-2132-G |
| COYOTE LOGISTICS, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants' motion to dismiss case as frivolous (docket entry 25) and affidavit (docket entry 26) are **DENIED**.

**SO ORDERED**.

September 23, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**