IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COYOTE LOGISTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COYOTE LOGISTICS, INC., ALFONSO TRIGO, MARIA ROMERO, and JASON VELASQUEZ <br><br> Defendants. | CASE NO. 3:16-cv-2132-G <br><br> JURY DEMANDED |

**CLERK'S ENTRY OF DEFAULT**

It appearing from the records in the above-entitled action that summons has been served upon defendant named below, and it further appearing from the affidavit of counsel for the Plaintiff, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure that the below defendant has failed to plead or otherwise defend in said action as directed in said summons and as provided by the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of Defendant Maria Romero is hereby entered.

Dated: __9/27/2016__

__s/ M. McIntyre, Deputy Clerk__
Clerk of the Court