UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| COYOTE LOGISTICS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:16-CV-2132-G |
| COYOTE LOGISTICS, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Defendant Maria Alexandra Romero ("Romero") has filed a motion to set aside the clerk's entry of default (docket entry 45).  Romero claims that she has filed an answer to plaintiff's complaint.  Review of the docket sheet reveals that Romero filed a motion to dismiss which was denied.  But she has not filed an answer to the complaint.

Accordingly, the motion to set aside the clerk's entry of default is **DENIED**.

It is **ORDERED** that all pleadings and motions filed by Romero in the future must have a case caption styled with party names and case number as set forth above.

October 4, 2016.

_____
**A. JOE FISH**
**Senior United States District Judge**